**Order entered August 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00835-CV

### ECLAT PRIVATE EQUITY, INC. ET AL, Appellants

### V.

### HASSAN PARSA, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-05093-G**

## ORDER

The Court has been notified that a petition for bankruptcy has been filed in United States Bankruptcy Court concerning appellee Hassan Parsa. Pursuant to 11 U.S.C. § 362, further action in this cause is automatically stayed. *See* TEX. R. APP. P. 8.2.

Accordingly, for administrative purposes, this cause is **ABATED** and will be treated as a closed case. It may be reinstated on prompt motion by any party showing that the stay has been lifted and specifying what further action, if any, is required from this Court. *See* TEX. R. APP. P. 8.3.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE